

FILED

JUN 1 0 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  LAWRENCE G. BROWN
   Acting United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorneys
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6          IN THE UNITED STATES DISTRICT COURT FOR THE

7                 EASTERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,    )   01: 09-MJ-00116 SMS
9                               )
              Plaintiff,        )
10                              )   MOTION TO UNSEAL
   v.                           )   COMPLAINT AND AFFIDAVIT AS TO
11                              )   ALFRED DARNELL FORD ONLY
   ALFRED DARNELL FORD,         )
12                              )
              Defendants.       )
13 _____)

14
        The United States of America hereby moves this court for an
15
   order unsealing the Complaint and Affidavit as to Alfred Darnell
16
   Ford Only. The reason for the unsealing is that the defendant has
17
   been arrested.
18

19
                                    Respectfully submitted,
20
                                    LAWRENCE G BROWN
21                                  United States Attorney

22
   DATED: 6/10/09
23                                  STANLEY A. BOONE
                                    Assistant U.S. Attorney
24

1  IT IS HEREBY ORDERED that the indictment and warrant of arrest
2  Alfred Darnell Ford only be unsealed and made public record.

DATED: 6/10/09

_____
United States Magistrate Judge