# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09-cr-0217 OWW |
| ) Plaintiff, ) | SEALING ORDER |
| v. ) | |
| ALFRED DARNELL FORD, ) | |
| ) Defendant. ) | |

Exhibits 1 and 2 attached to Motions in Limine of Defendant Alfred Ford filed August 25, 2009, as Doc. 27 in this case shall be sealed.

IT IS SO ORDERED.

Dated:   September 9, 2009               /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE

1