```
1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:09-CR-00217 OWW |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING |
| v. | |
| ALFRED DARNELL FORD, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Gary L. Huss, Attorney for Defendant ALFRED DARNELL FORD, that the Restitution Hearing presently set for October 12, 2010, at 1:30 p.m. may be continued to November 1, 2010, at 1:30 p.m.

//
//
//
//
//

Stipulation and Order to Continue Restitution Hearing                1

1  The continuance is necessary as plaintiff's counsel is unavailable and parties need to meet to
2  discuss restitution prior to the hearing date.

BENJAMIN B. WAGNER
United States Attorney

DATED: October 7, 2010          By:   /s/ Stanley A. Boone
                                      STANLEY A. BOONE
                                      Assistant U.S. Attorney

DATE: October 7, 2010           By:   /s/ Gary L. Huss
                                      GARY L. HUSS
                                      Attorney for Alfred Darnell Ford

**ORDER**

It is hereby ordered that the restitution hearing currently set for October 12, 2010 at 1:30 p.m. is continued to November 1, 2010, at 1:30 p.m.

IT IS SO ORDERED.

Dated:   October 7, 2010          /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE