# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>            Plaintiff,<br><br>   v.<br><br>ALFRED DARNELL FORD.<br><br>            Defendant.<br>_____/ | CASE NO. 1:09-cr-00217-OWW<br><br>ORDER REQUIRING PRODUCTION OF DEFENDANT FOR IN CAMERA AND RESTITUTION HEARING ON DECEMBER 9, 2010, AT 12:00 P.M. |

Defendant Alfred Darnell Ford, BOP#56174-097 (Terminal Island), shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 12:00 p.m. on Thursday, December 9, 2010, and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

**Dated:   November 23, 2010**          **/s/ Oliver W. Wanger**
                                                                   UNITED STATES DISTRICT JUDGE