# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 01: 09-cr-00217 OWW |
| Plaintiff, | **ORDER RELEASING THE DECEMBER 29, 2010 IN CAMERA HEARING FOR DEFENSE ATTORNEY'S VIEWING** |
| v. | |
| ALFRED DARNELL FORD | |
| Defendant. | |

Transcripts from the December 29, 2010 In Camera Hearing shall be released to the Defendant's attorney, Tony F. Farmani, for his viewing only.

IT IS SO ORDERED.

**Dated:**   February 10, 2011          /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE

- 1 -