Tony F. Farmani (State Bar No. 211101)
tffarmani@aol.com
FARMANI, APLC
402 West Broadway, Suite 860
San Diego, CA 92101
Phone: 619-233-5945
Fax:    619-923-2975
Attorneys for Defendant
ALFRED DARNELL FORD

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>v.<br><br>ALFRED DARNELL FORD<br>            Defendant. | Case No.: 01:09-cr-00217 OWW<br><br>**STIPULATION AND ORDER REGARDING HEARING ON DEFENDANT'S RESTITUTION OBLIGATION** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Assistant United States Attorney Stanley A. Boone for Plaintiff, and Tony F. Farmani, Esq. for Defendant ALFRED DARNELL FORD, that the hearing on Defendant's Restitution Obligation be set for May 31, 2011 at 1:30 p.m.

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: May 5, 2011          By     /s/Stanley A. Boone
                                        STANLEY A. BOONE
                                        Assistant United States Attorney


DATED: May 5, 2011          By     /s/Tony F. Farmani
                                        TONY F. FARMANI
                                         Attorney for Alfred Darnell Ford

- 1 -

**ORDER**

The hearing regarding Defendant's Restitution Obligation shall be set for May 31, 2011 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   May 6, 2011**                           /s/ Oliver W. Wanger
                                                           UNITED STATES DISTRICT JUDGE