# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>　　v.<br><br>ALFRED DARNELL FORD<br>　　　　　　　　　　　Defendant. | Case No.: 01: 09-cr-00217 OWW<br><br>**ORDER REQUIRING PRODUCTION OF DEFENDANT FOR HEARING ON MAY 31, 2011 AT 1:30 P.M.** |

　　Defendant Alfred Darnell Ford, BOP#56174-097 (Terminal Island), shall be produced before the United States District Court, at 2500 Tulare Street in Fresno, California on or before 1:30 p.m. on Tuesday, May 31, 2011, and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

Dated: May 6, 2011　　　　　　　　　/s/ OLIVER W. WANGER
　　　　　　　　　　　　　　　　　　United States District Judge

- 1 -