BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
KIMBERLY A. SANCHEZ
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ALFRED DARNELL FORD,<br><br>        Defendant. | 01: 09-CR-00217 OWW<br><br>ORDER OF RESTITUTION |

    This matter came before the Court on the defendant's restitution obligation on July 14, 2011.  Stanley A. Boone and Kimberly A. Sanchez appeared on behalf of the United States and Tony F. Farmani, appeared on behalf of the defendant, Alfred Darnell Ford.  Based upon the stipulation of the parties with the waivers noted orally on the record,

    IT IS HEREBY ORDERED that the defendant, Alfred Darnell Ford, shall pay restitution, jointly and severally with co-defendant Donald Ray Jordan, in the total amount of $32,904.73, divided by the following victims and amounts:

| | | |
|---|---|---|
| 1 | American Express: | $10,430.18 |
| 2 | Bank of America Visa: | $ 3,000.00 |
| 3 | Wells Fargo Visa | $ 3,000.00 |
| 4 | Citibank Mastercard | $ 2,000.00 |
| 5 | Bank of America | $ 2,403.85 |
| 6 | All American Remnants | $ 4,100.00 |
| 7 | Energy House | $ 6,346.76 |
| 8 | Target National Bank | $ 1,623.94 |

IT IS SO ORDERED.

**Dated:   July 26, 2011**                             /s/ Oliver W. Wanger
                                                      UNITED STATES DISTRICT JUDGE